IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Schember, Michael

Printed: 12/02/08

Case Number:  06 B 01471
Judge:  Wedoff, Eugene R
Filed:  2/17/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: October 3, 2008
Confirmed: April 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 60,133.80 |  |
| Secured: |  | 4,913.64 |
| Unsecured: |  | 42,162.61 |
| Priority: |  | 3,088.22 |
| Administrative: |  | 2,189.00 |
| Trustee Fee: |  | 3,084.46 |
| Other Funds: |  | 4,695.87 |
| Totals: | 60,133.80 | 60,133.80 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Associates LTD | Administrative | 2,189.00 | 2,189.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Dell Financial Services, Inc | Secured | 838.74 | 838.74 |
| 4. | Kia Financial Services | Secured | 4,074.90 | 4,074.90 |
| 5. | Internal Revenue Service | Priority | 3,088.22 | 3,088.22 |
| 6. | USAA Federal Savings | Unsecured | 15,062.67 | 15,062.67 |
| 7. | Portfolio Recovery Associates | Unsecured | 1,587.56 | 1,587.56 |
| 8. | Internal Revenue Service | Unsecured | 2,467.77 | 2,467.77 |
| 9. | ECast Settlement Corp | Unsecured | 19,070.96 | 19,070.96 |
| 10. | B-Real LLC | Unsecured | 3,973.65 | 3,973.65 |
| 11. | Harris Bank | Secured |  | No Claim Filed |
| 12. | St Joseph Hospital | Unsecured |  | No Claim Filed |
| 13. | Citibank | Unsecured |  | No Claim Filed |
| 14. | Dell Financial Services, Inc | Unsecured |  | No Claim Filed |
| 15. | World Financial Network Nat'l | Unsecured |  | No Claim Filed |
|  |  |  | $ 52,353.47 | $ 52,353.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 342.71 |
| 5% | 187.76 |
| 4.8% | 14.26 |
| 5.4% | 1,940.77 |
| 6.5% | 598.96 |
|  | $ 3,084.46 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Schember, Michael

Printed: 12/02/08

Case Number:  06 B 01471
Judge:  Wedoff, Eugene R
Filed:  2/17/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

